UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW QUINN,           )<br>                              )<br>   Plaintiff,              )<br>                              )   Case: 1:14-cv-02166<br>   v.                         )   Assigned To : Unassigned<br>                              )   Assign. Date : 12/22/2014<br>DEPARTMENT OF HUMAN SERVICES,  )   Description: Pro Se Gen. Civil<br>                              )<br>   Defendant.            )  | |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to

determine whether the doctrine of *res judicata* applies. *Brown v. Califano,* 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court has read the complaint carefully, and identifies no cognizable legal claim. Plaintiff mentions that he had been denied medical care while he was living in Kansas, yet he fails to explain the relevance of these events to this lawsuit. He alleges that he has been denied medical care in the District of Columbia, but his pleading offers no information as to the care he requires, the identities of the doctors who allegedly declined to treat him, or the facilities where he has sought care. And plaintiff demands no particular relief. As drafted, the complaint fails to comply with Rule 8(a) and, accordingly, it will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge

DATE: 12/19/14